COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| DANH JOHN TAI DANG, | § | No. 08-21-00172-CR |
| Appellant, | § | Appeal from the |
| v. | § | 413th Judicial District Court |
| THE STATE OF TEXAS, | § | of Johnson County, Texas |
| Appellee. | § | (TC# DC-F201900089) |

## **J U D G M E N T**

The Court has considered this cause on Appellant's Withdrawal of Notice of Appeal requesting a dismissal of his appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF DECEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.